UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ROBIN L. ROMERO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:22-cv-00147-MPB-MJD |
| | ) |
| ENCOMPASS HEALTH DEACONESS | ) |
| REHABILITATION HOSPITAL, LLC, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

The Court, having reviewed the parties' Joint Stipulation of Dismissal with Prejudice (Dkt. No. 31), dismisses this lawsuit, with prejudice, each party to bear its own costs.

It is SO ORDERED this 16th day of May, 2023.

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on
all ECF registered counsel of record via
email generated by the court's ECF system.